**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Winvic Sales Inc., et al.
                        Plaintiff,

v.                                        Case No.: 1:13−cv−00294
                                                   Honorable Sharon Johnson Coleman

MerchSource, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 9, 2014:

      MINUTE entry before the Honorable Jeffrey Cole: Status hearing held. The parties report that they have a settlement in principle. All matters relating to the referral of this case having been completed this case is returned to Judge Coleman. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.